UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

UNITED STATES OF AMERICA

v.                                   Case No. 2:22-CR-00038-GSL-JEM

MICHAEL SWIGER

**OPINION AND ORDER**

The matter before the Court is Defendant's Motion to Compel Discovery [DE 294], Motion for Specific Brady Material [DE 295], and Motion Seeking All Documentation [DE 301]. For the following reasons, Defendant's motions are DENIED.

I.     **Motion to Compel [DE 294]**

Defendant filed this motion on July 18, 2025. [DE 294]. The Government responded on July 31, 2025. [DE 298]. Defendant did not file a reply brief, and this motion is now ripe. *See* [DE 297].

Defendant requests that the Government produce discovery material at Bates Numbers 2113 to 3152 and higher than 3165. [DE 294]. The Court denies both these requests. First, the documents at Bates Numbers 2113 to 3152 are related to restitution for sexual abuse victims. [DE 298]. These are sensitive documents. [*Id.*]. Pursuant to the Federal Rules of Criminal Procedure, the Government has offered to make these documents available to Defendant for in-person review. [*Id.*]; [DE 298-1] (letter to Defendant); [DE 298-2] (letter to Defendant's standby counsel). Upon receiving a request from Defendant, the Government stated that it will arrange with the United States Marshals Service for Defendant to inspect the document in-person. [DE 298]. But Defendant has yet to make a request for an in-person inspection.

Second, the Government has affirmed that it is not in possession of any documents higher than bates number 3165. [DE 298]. Defendant has not given any basis to suggest that such documents exist, except for the fact that Defendant only possesses documents up to bates number 3165.

## II.     Motion for Specific Brady Material [DE 295]

Defendant filed this motion on July 18, 2025. [DE 295]. The Government responded on July 31, 2025. [DE 299]. Defendant filed a reply brief on August 11, 2025. [DE 302].

Defendant requests that the Government produce a specific email from February 2023, purportedly sent by Defendant's former tenant to law enforcement. [DE 295]. Defendant alleges that this email is exculpatory against his conviction. [*Id.*]. Defendant claims that his former attorney told him of this email's existence. [*Id.*]. In its Response, the Government affirms that "[n]o such email is within the federal government's possession nor known to the prosecution." [DE 299]. In his Reply, Defendant seemingly moves on from his request for this specific email and instead, requests that the Government provide *all* Brady material. [DE 302]. But he does not disclose what, if any, materials that the Government has failed to produce. [*Id.*].

The Court is satisfied that the Government has fulfilled its obligation to provide any and all Brady material.

## III.     Motion Seeking All Documentation [DE 301]

Defendant filed this motion on August 11, 2025. [DE 301]. This motion appears to be another Brady motion; it relates to a search warrant, which Defendant alleges was invalid. [*Id.*]. As previously noted by the Court, the Government has fulfilled its obligation to disclose all Brady materials and all other discovery requitements.

2

## **CONCLUSION**

For these reasons, the Court DENIES Defendant's Motion to Compel Discovery [DE 294], Motion for Specific Brady Material [DE 295], and Motion Seeking All Documentation [DE 301].

SO ORDERED.

ENTERED: August 13, 2025

/s/ GRETCHEN S. LUND
Judge
United States District Court